**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JENNIFER WILLIAMS | CIVIL ACTION NO. 25-0356 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE AYO |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Record Document 17] previously filed herein, and having thoroughly reviewed the record, including the written objections filed [Record Document 18], and concurring with the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** and the matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) with instructions to further develop the record upon rehearing.[1]

**THUS DONE AND SIGNED**, this 25 day of September, 2026.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

[1] Because this reversal and remand falls under the fourth sentence of 42 U.S.C. § 405(g), the judgment is a "final judgment" for purposes of the Equal Access to Justice Act ("EAJA"). *See Richard v. Sullivan*, 955 F.2d 354 (5th Cir. 1992); *Shalala v. Schaefer*, 509 U.S. 292 (1993).